UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| LISA MURPHY and BRIAN MURPHY, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civ. A. No. 05-10857-DPW |
| | ) | |
| COMMUNITY DAY CARE CENTER OF LAWRENCE, INC., SHEILA BALBONI and JOAN SILVERMAN-SANCHEZ, | ) | |
| | ) | |
| Defendants | ) | |

## NOTICE OF APPEARANCE

Please enter my appearance as counsel of record on behalf of each of the Defendants in the above action.

/s/ Thomas P. Smith
Thomas P. Smith (BBO #555513)
Caffrey & Smith, P.C.
300 Essex Street
Lawrence, MA 01840
(978) 686-6151

CERTIFICATE OF SERVICE

I, Thomas P. Smith, served a copy of the foregoing document on plaintiffs' counsel who have registered with the Court's ECF service by employing such service for filing this document

Date: June 29,  2005

/s/ Thomas P. Smith
Thomas P. Smith