UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| LISA MURPHY and BRIAN MURPHY, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>COMMUNITY DAY CARE CENTER OF )<br>LAWRENCE, INC., SHEILA BALBONI )<br>and JOAN SILVERMAN-SANCHEZ, )<br>)<br>Defendants ) | Civ. A. No. 05-10857-DPW |

## **DEFENDANTS' LOCAL RULE 16.1(D)(3) CERTIFICATION**

Defendants Community Day Care Center of Lawrence, Inc. ("CDC"), Sheila Balboni and Joan Silverman and their counsel hereby certify that they have conferred (a) with a view to establishing a budget for the costs of conducting the full course - and various alternative courses - of the litigation; and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4

  /s/   Sheila Balboni                        /s/ Joan Silverman
  Sheila Balboni individually and             Joan Silverman
   as Executive Director of CDC


  /s/ Thomas P. Smith
Thomas P. Smith (BBO #555513)
 CAFFREY & SMITH, P.C.
 300 Essex Street
 Lawrence, MA 01840
 Telephone: (978) 686-6151
 Telecopy: (978) 686-3399

Date: August 15, 2005

CERTIFICATE OF SERVICE

  I, Thomas P. Smith, served a copy of the foregoing document on those parties whose counsel have registered with the Court's ECF service by employing such service for filing this document.


Date: August 15, 2005         /s/ Thomas P. Smith
                Thomas P. Smith