UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| LISA MURPHY and,<br>BRIAN MURPHY<br> Plaintiffs<br>v.<br><br>COMMUNITY DAY CARE<br>CENTER OF LAWRENCE, INC.,<br>SHEILA BALBONI, and<br>JOAN SILVERMAN-SANCHEZ<br> Defendants | )<br>)<br>)<br>)<br>) Civil Action No. 05-10857-DPW<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## JOINT STATEMENT BY THE PARTIES

Pursuant to Local Rule 16.1(D) and the Court's Notice of Scheduling Conference, the parties hereby submit their suggested plan for discovery and the filing of motions in the within matter.

**I. Proposed Discovery Plan**

  A. *Initial Disclosures*

Initial disclosures under Rule 26(a)(1) to be made on or before September 7, 2005.

  B. *Fact Discovery*

All discovery requests, including without limitation, written discovery, responses thereto, and depositions (excluding expert depositions), must be completed on or before May 9, 2006.

  C. *Plaintiff's Expert Disclosure*

Plaintiff must disclose experts on or before August 8, 2006.

  D. *Defendants' Expert Disclosure*

Defendants must disclose experts on or before September 11, 2006.

  E. *Expert Depositions*

Expert Depositions must be completed on or before November 6, 2006.

## II. Dispositive Motions

All dispositive motions must be filed on or before January 9, 2007.

## III. Trial By Magistrate

The Parties have not consented to trial by Magistrate Judge.

## IV. Local Rule 16.1 Certifications

The parties will file their Local Rule 16.1 Certifications with the Court on or before the hearing on August 23, 2005.

## V. Settlement.

Plaintiffs have tendered a settlement offer to Defendants, to which Defendants have responded.

| | |
|---|---|
| The Plaintiffs<br>Lisa Murphy and Brian Murphy<br>By Her Attorneys, | The Defendants<br>Community Day Care,<br>Center of Lawrence, Inc.,<br>Sheila Balboni and<br>Joan Silverman-Sanchez<br>By Their Attorneys, |
| /s/ Paul J. Klehm<br>James B. Krasnoo<br>Paul J. Klehm<br>Law Offices of James B. Krasnoo<br>23 Main Street, Terrace Level<br>Andover, MA  01810<br> (978) 475-9955 | /s/ Thomas P. Smith (by PJK)<br>Thomas P. Smith (BBO #555513)<br>Matthew A. Caffrey (BBO #558901)<br>Caffrey & Smith, P.C.<br>300 Essex Street<br>Lawrence, MA 01840<br>(978) 686-6151 |
| Dated:  August 16, 2005 | Dated:  August 16, 2005 |

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon all attorneys of record by first class mail, postage pre-paid, on August 16, 2005.

/s/ Paul J. Klehm
Paul J. Klehm

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| LISA MURPHY and,<br>BRIAN MURPHY<br>    Plaintiffs<br><br>v.<br><br>COMMUNITY DAY CARE<br>CENTER OF LAWRENCE, INC.,<br>SHEILA BALBONI, and<br>JOAN SILVERMAN-SANCHEZ<br>    Defendants | Civil Action No. 2005CV10857 |

### CERTIFICATION PURSUANT TO L.R. 16(1)(D)(3)

I, Brian Murphy, hereby certify that I have conferred and discussed the establishment of a budget for the course of conducting litigation in the above-captioned matter as well as the consideration of the resolution of litigation through alternative dispute resolution with Attorney Paul J. Klehm, counsel to Plaintiffs.

Dated: 7/20/05

Brian Murphy

Dated: 8/9/05

Paul J. Klehm

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon all attorneys of record by hand/mail on _____8/16_____, 2005.

(PJK)

Paul J. Klehm

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LISA MURPHY and,<br>BRIAN MURPHY<br>    Plaintiffs<br>v.<br><br>COMMUNITY DAY CARE<br>CENTER OF LAWRENCE, INC.,<br>SHEILA BALBONI, and<br>JOAN SILVERMAN-SANCHEZ<br>    Defendants | Civil Action No. 2005CV10857 |

**CERTIFICATION PURSUANT TO L.R. 16(1)(D)(3)**

    I, Lisa Murphy, hereby certify that I have conferred and discussed the establishment of a budget for the course of conducting litigation in the above-captioned matter as well as the consideration of the resolution of litigation through alternative dispute resolution with Attorney Paul J. Klehm, counsel to Plaintiffs.

Dated: 8/3/05

_____
Lisa Murphy

Dated: 8/9/05

_____
Paul J. Klehm

**CERTIFICATE OF SERVICE**

    I hereby certify that a true copy of the above document was served upon all attorneys of record by hand/mail on _____8/16_____, 2005.

_____
Paul J. Klehm