UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LISA MURPHY and,<br>BRIAN MURPHY<br>Plaintiffs<br>v.<br><br>COMMUNITY DAY CARE<br>CENTER OF LAWRENCE, INC.,<br>SHEILA BALBONI, and<br>JOAN SILVERMAN-SANCHEZ<br>Defendants | )<br>)<br>)<br>)<br>)  Civil Action No. 05-10857-DPW<br>)<br>)<br>)<br>)<br>)<br>) |

**STIPULATION OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the undersigned parties, being all of the parties who have appeared in this action, hereby stipulate that the above action be, and it hereby is, dismissed with prejudice and with each party bearing their own costs.


LISA MURPHY AND                         COMMUNITY DAY CARE,
BRIAN MURPHY                            CENTER OF LAWRENCE, INC.,
By Their Attorneys,                     SHEILA BALBONI AND
                                        JOAN SILVERMAN-SANCHEZ
                                        By Their Attorneys,

/s/                                     /s/

James B. Krasnoo (BBO #561605)          Thomas P. Smith (BBO #555513)
Paul J. Klehm   (BBOOO#279300)          Matthew A. Caffrey (BBO #558901)
Krasnoo/Klehm LLP                       Caffrey & Smith, P.C.
23 Main Street, Terrace Level           300 Essex Street
Andover, MA 01810                       Lawrence, MA 01840
(978) 475-9955                          (978) 686-6151